UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80141-RS

UNITED STATES OF AMERICA,

v.

RAYMOND GIBSON,
        a/k/a "Ramon Gibson Vargas,"

        Defendant.
_____/

## FACTUAL PROFFER

The United States and Defendant RAYMOND GIBSON ("Defendant" or "Gibson") agree that had this case gone to trial, the Government would have proved the following facts, among others, beyond a reasonable doubt, and that these facts are true and correct and establish Defendant's guilt of the charged offense.

### The Small Business Administration

The United States Small Business Administration ("SBA") was an executive-branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses by assisting in the economy recovery of communities after disasters.

### The Economic Injury Disaster Loan Program

The Economic Injury Disaster Loan ("EIDL") program was an SBA program that existed before the COVID-19 pandemic to provide low-interest financing to small businesses, renters, and homeowners in regions affected by declared disasters.

The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who are suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act was the authorization for the SBA to provide EIDLs of up to $2 million to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic.

In order to obtain an EIDL, a qualifying business was required to submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. In the case of EIDLs for COVID-19 relief, this period was the 12-month period preceding January 31, 2020. The applicant was further required to certify that all the information in the application was true and correct to the best of the applicant's knowledge.

EIDL applications were submitted directly to the SBA and processed by the SBA with support from a government contractor. The amount of the loan was determined based, in part, on the information provided in the application concerning the corporation's gross revenues. Any EIDL funds were issued directly by the SBA. EIDL proceeds could have been used to pay fixed debts, payroll, accounts payable, and other bills that could have been paid had the disaster not occurred; however, such loan proceeds were not intended to replace lost sales or profits, or for the expansion of a business.

EIDL applications were received in and processed using computer servers located in the states of Iowa, Virginia, and Washington. EIDL disbursement payments were initiated by the SBA using computer servers located in the state of Colorado, which transmitted the payment information to the U.S. Treasury using computer servers located in the state of Virginia.

### The Offense

At the time of the offense, Gibson was a resident of Palm Beach County, Florida. Gibson was the managing member of Raymond Gibson LLC, a Florida corporation with an address listed in Boca Raton, Florida. After the CARES Act was enacted, Gibson engaged in a scheme to unlawfully enrich himself by, among other things, submitting and causing the submission of false and fraudulent EIDL applications to the SBA, then using the proceeds of those loans for his own personal use and benefit.

For example, on or about April 14, 2020, Gibson submitted and caused to be submitted an EIDL application on behalf of Raymond Gibson LLC to the SBA's online portal. This EIDL application, which sought approximately $150,000 in EIDL funds, included false statements about Raymond Gibson LLC's gross revenues, that is, $350,000, for the twelve months prior to the date of the disaster (January 31, 2020). It also stated that Raymond Gibson LLC had two employees. As a result of the false and fraudulent statements, SBA approved the application and, on June 18, 2020, sent $149,900 to a Bank of America account ending in the numbers 2388.[1] Eight days later, the SBA sent an advance of $2,000 to this same bank account controlled by Gibson. Gibson spent these loan proceeds for his personal use and benefit, including on luxury travel and in numerous retail stores (including jewelry stores). Additionally, he used some proceeds to make payments on a BMW vehicle.

Next, on or about July 2, 2020, Gibson submitted and caused to be submitted an EIDL application on behalf of Raymond Gibson LLC to SBA's online portal. This EIDL application included false statements about Raymond Gibson LLC's gross revenues, that is, $1,500,000, for

---

[1] Gibson was the sole signatory on this account.

the twelve months prior to the date of the disaster (January 31, 2020). It also stated that Raymond Gibson LLC had two employees. The SBA denied the application.

The following year, on or about March 8, 2021, Gibson submitted and caused to be submitted an EIDL application on behalf of Raymond Gibson LLC to SBA's online portal. This EIDL application included false statements about Raymond Gibson LLC's gross revenues, that is, $3,500,000, for the twelve months prior to the date of the disaster (January 31, 2020). It also stated that the business had two employees. The SBA denied the application.

On or about April 15, 2021, Gibson submitted and caused to be submitted a modification to his April 14, 2020 EIDL application on behalf of Raymond Gibson LLC to SBA's online portal. This EIDL application requested an additional $500,000 in connection with his loan. The SBA denied the modification.

On or about November 15, 2021, Gibson submitted and caused to be submitted an EIDL application on behalf of Raymond Gibson LLC to SBA's online portal. This EIDL application included false statements about Raymond Gibson LLC's gross revenues, that is, $14,500,000, for the twelve months prior to the date of the disaster (January 31, 2020). It also stated that the business had ten employees. The SBA denied the application.

The foregoing facts do not describe all the facts known to the Government in this matter, nor fully describe all of the acts the defendant engaged in, but are offered for the limited purpose of establishing a sufficient factual basis to support the defendant's plea of guilty to the charged offense.

HAYDEN O'BYRNE<br>
UNITED STATES ATTORNEY

DATE: 2/20/25         BY: _____
                          SHANNON SHAW
                          ASSISTANT U.S. ATTORNEY

DATE: 2/20/25         BY: _____
                          PAUL PETRUZZI
                          ATTORNEY FOR DEFENDANT

DATE: 2/20/2025       BY: _____
                          RAYMOND GIBSON
                          DEFENDANT